## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02039-BNB

MAEGHAN DODGE,

     Plaintiff,

v.

JOAN SHOEMAKER,
DEBRA AHLIN,
MARK ALTHOLZ,
JOSEPH MORALES,
ROBERT THIEDE, JR.,
WILLIAM BOKROS,
RICHARD HATCH,
CAPTAIN CASIAS,
MARVIN SMALL, and
JIMMY FRINGER,

     Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN – 4 2008

GREGORY C. LANGHAM
CLERK

---

## ORDER OF DISMISSAL

---

    Plaintiff, Maeghan Dodge (Ms. Dodge), is a prisoner in the custody of the Colorado Department of Corrections who currently is incarcerated at the La Vista Correctional Facility in Pueblo, Colorado. Ms. Dodge filed *pro se* and on behalf of her minor daughter, Brianna Dodge, a civil rights complaint for money damages pursuant to 42 U.S.C. § 1983 (2006) and 28 U.S.C. § 1343(a)(3) (1993).

    In the October 1, 2007, order granting Ms. Dodge only leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 (2006), the Court informed Ms. Dodge that she lacked standing to represent her minor daughter in this action because Ms. Dodge is not represented by an attorney. Therefore, Brianna Dodge was dismissed as a party to

this action. On November 9, 2007, Magistrate Judge Boyd N. Boland ordered Ms. Dodge to file an amended complaint that complied with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure, that only asserted claims on her own behalf, and that asserted each Defendant's personal participation in the alleged constitutional violations. Magistrate Judge Boland warned Ms. Dodge that failure to comply as directed with the November 9 order within the time allowed would result in the dismissal of the complaint and the instant action without further notice.

On December 12, 2007, Magistrate Judge Boland denied Ms. Dodge's motion for an extension of time because she submitted the motion on her own behalf and on behalf of her minor daughter, and because she submitted the motion through an attorney who had not yet entered an appearance on her behalf. Ms. Dodge has failed within the time allowed to comply with the November 9, 2007, order for an amended complaint or otherwise to communicate with the Court in any way. Accordingly, it is

ORDERED that the complaint and the action are dismissed without prejudice for the failure of Plaintiff, Maeghan Dodge, to comply within the time allowed with the November 9, 2007, order for an amended complaint and for her failure to prosecute.

DATED at Denver, Colorado, this _3_ day of _January_, 200__.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.  07-cv-02039-BNB

Maeghan Dodge
Prisoner No. 123998
La Vista Corr. Facility
1401 W. 17th St
Pueblo, CO 81003

I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT**  to the above-named individuals on _1/04/08_

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk